IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 6:23-cv-03392-MDH |
| ) | |
| RONALD KING, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

The Government has filed a Motion for Conditional Release pursuant to 18 U.S.C. § 4246(e)(2). (Doc. 18). In accordance with Local Rule 72.1, this matter has been referred to the undersigned. Mr. King is presently hospitalized at the United States Medical Center for Federal Prisoners ("MCFP") in Springfield, Missouri pursuant to 18 U.S.C. § 4246. Mental health experts at the MCFP have determined that Mr. King "has recovered from his mental disease or defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric, or physiological care or treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another." (Doc. 18 at 1). Accordingly, a certificate requesting his conditional release has been filed by the Warden of the MCFP. (Doc. 18-2 at 2).

On August 22, 2025, Mr. King's attorney, Steven Berry, conducted a video conference with Mr. King which allowed them to engage in substantial and meaningful personal communications. (Doc. 21 at 1-2). On August 22, 2025, Mr. Berry filed a Report to the Court. (Doc. 21). The Report states that during the video conference, Mr. Berry read the proposed conditions of release aloud to Mr. King. (*Id.* At 2). The Report reflects that Mr. King understands

the proposed conditions of release and the consequences for noncompliance with those conditions, and that he agrees to follow these proposed conditions.

The undersigned finds by a preponderance of the evidence that Mr. King has recovered from his mental disease or defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric, or psychological care would no longer create a substantial risk of bodily injury to another person or serious damage to the property of another. For the foregoing reasons, IT IS RECOMMENDED that the District Judge, after making an independent review of the record and applicable law, enter an order GRANTING the Motion for Conditional Release and Mr. King be released subject to the conditions enumerated in the Memorandum. (Doc. 18-2 at 4–6).[1]

Dated this 16th day of September 2025, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
Chief United States Magistrate Judge

---

[1] As it is recommended that the specific relief requested by the Government be granted, the Government should have no objections. Further, Defendant has waived the statutory 14-day period to file objections. (Doc. 21 at 2). Accordingly, this matter will be submitted to the District Judge without delay.